STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH WINSTON WASHINGTON, DEFENDANT-PETITIONER.

*Mr. Nathan W. Davis, Jr.* for the petitioner.

*Mr. Robert N. McAllister, Jr.,* and *Mr. Ernest M. Curtis* for the respondent.

January 13, 1970.  Denied.

STATE OF NEW JERSEY (CITY OF PATERSON), PLAINTIFF-RESPONDENT, v. MAXWELL G. TOW, DEFENDANT-PETITIONER.

STATE OF NEW JERSEY (CITY OF PATERSON), PLAINTIFF-RESPONDENT, v. NORMAN S. HATT, DEFENDANT-PETITIONER.

*Messrs. Frankel & Frankel* and *Mr. Lawrence B. Dvores* for the petitioner.

*Mr. Joseph L. Conn* for the respondent.

January 13, 1970.  Denied.

IN THE MATTER OF THE APPLICATION FOR A CHARTER FOR THE SPRINGFIELD STATE BANK, TO BE LOCATED AT 220-230 ROUTE 22 IN THE TOWNSHIP OF SPRINGFIELD, COUNTY OF UNION.

*Messrs. Wilentz, Goldman & Spitzer, Mr. Barry D. Mauer, Messrs. Kein, Scotch, Pollatschek, Iacopino & Kein* for the petitioners.

*Messrs. Clapp & Eisenberg, Mr. Robert P. Gorman, Mr. Arthur J. Sills* and *Mr. Joel L. Shain* for the respondents.

January 13, 1970.  Denied.